UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mamadou B.,

    Petitioner,

v.

David Easterwood, et al.,

    Defendants.

ORDER ADOPTING REPORT
AND RECOMMENDATION

Civil File No. 26-01221 (MJD/ECW)

Paschal O. Nwokocha, Nwokocha & Operana Law Offices, LLC, Counsel for Petitioner.

David W. Fuller, Denisha Devette Daughtry, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 13, 2026. (Doc. 10.) Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court will adopt the Report and Recommendation ("R&R") of Magistrate Judge Cowan Wright.

I.     Objections

Respondents "objections" to the R&R consisted of the following statement:

> Pursuant to Federal Rule of Civil Procedure 72(b) and Local Rule 72.2(b), the Federal Respondents object to the R&R and preserve

1

their appeal rights as indicated in their initial response. As such, the Respondents very respectfully request this Court decline to adopt the R&R in its entirety.

(Doc. 11.)

Nothing in this objection requires the Court to re-examine a well-reasoned report and recommendation with which it agrees. However, to the extent necessary, the Court acknowledges that Respondents' appeal rights are preserved.

II.     Order

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 13, 2026. **[Doc. 10.]**

2. Petitioner Mamadou P.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED insofar as:**

    a. Petitioner's current detention is hereby declared unlawful under the Constitution and laws of the United States;

    b. Respondents are ordered to immediately arrange for release of Petitioner into Minnesota, and in any case, no later than at 11:00 a.m. central time on the day following the date of this Order at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel, and;

    c. Respondents are ordered to release Petitioner on his own recognizance and without conditions; and

    d. Respondents are ordered to immediately return all Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as his driver's license, employment authorization, passport, other immigration documents, cell phone, and coat and other outerwear; and

    e. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.

3. Petitioner's Mamadou B.'s Emergency Motion for Temporary Restraining Order and Preliminary Injunction **[Doc. 3]** is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 22, 2026              s/Michael J. Davis
                                                                                  Michael J. Davis
                                                                                 United States District Court