# UNITED STATES DISTRICT COURT
## District of Minnesota

Mamadou Balde

Petitioner(s),

v.

David Easterwood, Kristi Noem, Pamela Bondi

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01221-MJD-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright filed February 13, 2026. **[Doc. 10.]**

2. Petitioner Mamadou P.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED insofar as:**

a. Petitioner's current detention is hereby declared unlawful under the Constitution and laws of the United States;

b. Respondents are ordered to immediately arrange for release of Petitioner into Minnesota, and in any case, no later than at 11:00 a.m. central time on the day following the date of this Order at a safe time and in a safe place that is communicated at least two (2) hours in advance to Petitioner's counsel, and;

c. Respondents are ordered to release Petitioner on his own recognizance and without conditions; and

d. Respondents are ordered to immediately return all Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken, such as his driver's license,

employment authorization, passport, other immigration documents, cell phone, and coat and other outerwear; and

e. Within 48 hours of the date of the filing of this Order, Respondents are ordered to file a status update with the Court reporting on their compliance with this Order.

3. Petitioner's Mamadou B.'s Emergency Motion for Temporary Restraining Order and Preliminary Injunction **[Doc. 3]** is **DENIED as moot**.

Date: 2/23/2026

KATE M. FOGARTY, CLERK