# UNITED STATES DISTRICT COURT
## District of Minnesota

Mamadou Balde,

Petitioner,

v.

David Easterwood, Kristi Noem, and Pamela Bondi,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01221-MJD-ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner Mamadou B.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/26/2026

KATE M. FOGARTY, CLERK