# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mamadou B.,

        Petitioner,

                                    **AMENDED ORDER**
                                    **DISMISSING WRIT**

v.                                      **OF HABEAS CORPUS**
                                Civil File No. 26-1221 (MJD/ECW)

David Easterwood, et al.,

        Respondents.

Paschal O. Nwokocha, Nwokocha & Operana Law Offices, LLC, Counsel for Petitioner.

David W. Fuller, Denisha Devette Daughtry, Assistant United States Attorneys, Counsel for Respondents.

On February 22, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately arrange for release of Petitioner into Minnesota, and in any case, by no later than at 11:00 a.m. central time on the day following the date of the Order and to return all Petitioner's personal property to him. [Doc. 12.] On February 25, 2026, Respondents informed the Court that Petitioner had been released from detention in Minnesota on February 23, 2026 with all his personal property. [Doc. 14.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Mamadou B.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 2, 2026                   s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court