# UNITED STATES DISTRICT COURT

## District of Minnesota

Mamadou Balde

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01221-MJD-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: that Petitioner Mamadou B.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 3/2/2026

KATE M. FOGARTY, CLERK