# UNITED STATES DISTRICT COURT

## District of Minnesota

**AMENDED**

**JUDGMENT IN A CIVIL CASE**

Mamadou Balde

Petitioner(s),

v.

Case Number: 26-cv-01221-MJD-ECW

David Easterwood, Kristi Noem, Pamela Bondi

Respondent(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Mamadou B.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice.**

Date: 3/3/2026

KATE M. FOGARTY, CLERK